Walter Hamilton, Appellant, v. Country Club Properties, Inc., Appellee, Trust Company of Chicago, Supplemental Defendant, Appellee.

Gen. No. 42,711.

opinion filed December 13, 1943. Walter Hamilton, *pro se;* Charles H. Borden, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.